UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEANNA MILLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:07-cv-2611 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act. The Court finds that Plaintiff's Motion (Doc. No. 17) should be **GRANTED**.

The Court finds, pursuant to 28 U.S.C. § 2412(d)(2)(A), that the appropriate hourly rates at which to award fees in this case, is $163.43. The Court further finds that Plaintiff's attorneys are entitled to compensation for 29.15 hours at $163.43 and for 2 hours of paralegal work at $105.00.

Accordingly, Defendant is ordered to pay Plaintiff's attorney, William C. Herren, an attorney fee under the Equal Access to Justice Act (EAJA) of $4,973.98 for the above-mentioned hours.

IT IS SO ORDERED.

SIGNED this 6th day of January, 2009.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1